UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
STRIKE 3 HOLDINGS, LLC,

                Plaintiff,

vs.

JOHN DOE subscriber assigned IP address
71.125.61.51,

                Defendant.
-----------------------------------------------------------------X

Case No. 1:23-cv-00994-NGG-RER

## PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 71.125.61.51, are voluntarily dismissed with prejudice.

Dated: April 25, 2023

Respectfully submitted,

THE ATKIN FIRM, LLC
By: _/s/ John C. Atkin_
John C. Atkin, Esq.
400 Rella Blvd., Ste. 165
Suffern, NY 10901
Tel: (973) 314-8010
Fax: (833) 693-1201
JAtkin@atkinfirm.com
*Attorneys for Plaintiff*

So Ordered.

s/ Nicholas G. Garaufis
Hon. Nicholas G. Garaufis
Date: 4/26/23